IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
IN ADMIRALTY

| | |
|---|---|
| ROBERT BROOME, | Civil Action No. 4:14-cv-00136 |
| Plaintiff, | |
| vs. | |
| CHESAPEAKE BAY PACKING, LLC<br>BAY STAR III, LLC, *in personam*, | |
| and | |
| the F/V OCEAN HUNTER,<br>(Off. No. 614436), her engines, tackle, nets,<br>gear, apparel, appurtenances, etc., in rem, | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY AND FOR JURISDICTIONAL DISCOVERY

HAVING NOTED the Plaintiff's Motion to Stay and for Jurisdictional Discovery, and the Defendants' consent thereto, the Court finds good cause to grant the Plaintiff's Motion. Accordingly, briefing is stayed pending jurisdictional discovery. Plaintiff's response brief shall be due on or before January 30, 2015.

SO ORDERED. This 12 day of November 2014.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge